Dr. DIETER HORNEMANN
26761 DEERTRAIL DR.
TEHACHAPI CA 93561
805-699-0454

**FILED**

NOV 16 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAME OF PLAINTIFF(S) DR. DIETER HORNEMANN IN PRO SE<br><br>vs.<br><br>DEFENDANTS, TARA LEAL, JULIA BARRERA MARINA MERCADO, CLERKS OFFICE OF THE CIVIL DIVISION | Case No.: 1:23-cv-01615-JLT-CDB<br><br>**1. MISFEASANCE**<br>2. MALFEASANCE<br>3 MALICE<br>4. FRAUD<br>5. OPPRESSION<br>6. TRIAL BY JUDGE |

**JURISDICTION**

The causes of action asserted herein arise from the conduct under taken by the Defendants in the County of Kern. This Venue is Proper because the injuries to Plaintiff alleged herein occurred in the County of Kern. Plaintiff Dr. Dieter Hornemann is a resident of the Count of Kern State of California. The amount in controversy exceeds the sum of $ 100,000.00

DATED; 11/14/ 2023,                            Dr. DIETER HORNEMANN PRO SE

                                               /s/ Dr. Dieter Hornemann Pro Se

1

## PRAYER

1. For General Damages both Actual and general in the amount determined at trail.

2. For Any such Exemplary Damages that are deemed to be just and proper such as pain and suffering.

3. for all other costs incurred by Plaintiff in this matter.

4. For all other relief that the Court deems just and proper, incurred by Plaintiff in this matter

I declare under the penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATED Nov/14/2023            BY: _Dr. Dieter Hornemann Pro Se_
                                 Dr. DIETER HORNEMANN

## PARTIES TO THIS COMPLAINT

A. Plaintiff: Dr. Dr.Hornemann, 26761 Deer trail Dr. Tehachapi Kern County California 93561 8056990454, gigilady@sbcglobal.net

B. Tara Leal, Individual, Head Clerk of the Clerk Office of the Superior Court. I am bringing this action in Her official capacity. 1215 (Justice Building) Truxtun Ave Bakersfield Kern County California, 93301, 661 610 6000.

C. Julia Barrera, Individual, Deputy Clerk in the Office of the Superior Court., I am bringing this action in her official capacity. 1215 (Justice Building) Truxtun Ave Bakersfield Kern county California, 93301, 661 610 6000.

D. Marina Mercado, , Deputy Clerk in the Office of the Superior Court, I am bringing this action in her official capacity. 1215 (Justice Building) Truxtun Ave Bakersfield Kern county California, 93301, 661 610 6000.

E. Clerks office, Clerks Office to Superior Court, I am bringing this action in the official capacity of the office. 1215 (Justice Building) Truxtun Ave Bakersfield Kern county California, 93301, 661 610 6000.

Dated 11/14/2023            BY _Dr. Dieter Hornemann Pro Se_
                               Dr. DIETER HORNEMANN

STATEMAN OF FACTS

I am the Plaintiff Dr. Dieter Hornemann And Among many other things, I am an Army veteran, and received a Doctorate in law at Santa Barbra College of the Law, an accredited college by the California Bar Association

II D. Basis For Jurisdiction, State or local officials ( a section 1983 claim).The Fourteenth Amendment to the United States Constitution provides That "no State shall… deny to any person within its jurisdiction the equal protection of the laws." The Fourteeth Amendment also provides that no State may "deprive any person of life, liberty or proprty without due process of law. The fifth Amendment due process clause also binds federal government actions

I Dr. Dieter Hornemann Attempted to file Three complaint Petitions 1. Hornemann v. Bank of America, Battery with injury, Assault, False inprisonment. 2. Hornemann v. Hibbard, Assault, Battery with injury. 3. Hornemann v. Shyrock etc.

2a. The first Complaint petition entitled Dr. Hornemann v. Bank of America was submitted prior to 07/31/2023. I did not know that the petition had been confirmed on 7/31/23. this was withheld from me by the deputy clerk Marina Mercado. After numerous calls to this Deputy Clerk Marina Mercado who had withheld the fact that the complaint petition had been confirmed, finally after many days, told Dr. Hornemann that the petition had been confirmed. At the same time the clerk Marina Mercado told Dr Hornemann not to call her anymore. Dr. Hornemann had an order from the judge in the case saying Dr. hornemann only had 60 days from the date of confirmation of a petition to file service of process or sanctions would be imposed. Dr. Hornemann then called the clerk's office and spoke to another deputy clerk on the phone telling him that Dr. Hornemann had not received a conformed copy of his petition and that he only had a fraction of the time left to complete service of process. Within three days after he received the confirmed petition and only by driving his process server a hundred miles was he able to make the deadline of serving the petition and recording it.

2b. Once Dr. Hornemann his served the petitions he waited. Since he had served the petition by substituted service the opposing party had 30 days plus 10 days to answer. The proof of service was filed Sept 15 2023. Forty days from proof of filing Sept 15 2023 to Oct 24 2023 is 40 days. Dr. Hornemann had not heard from the opposing party. The opposing party was in default. Dr. Hornemann had ten days after the 40 days to file a request application for an Entry of Default with the Clerk. Dr. Hornemann had forty five days left to file for a judgment with the court which he has yet to do. He has heard nothing from the court as to his entry for the clerk's default Bank of America. It appears the clerk may ignore his Entry For a clerk Default.

3.The Second complaint Dr. Hornemann filed was entitled Dr. Hornemann v. Hibbard. This Petition had a statute of limitations that was set to expire on the 9th of Oct. Dr. Hornemann filed his petition on the 6th of Oct. he filed this petition personally and walked it into the clerk's

counter, civil division. As they stamped the petition at the margin Dr. Hornemann specifically told the clerk at the window that the Statute of limitations would expire on the 9th of Oct and the issue would become stale. four days later the clerk's office rejected his petition and sent it by mail four days one way. Dr. Hornemann complied with the instructions but the statute of limitation had lapsed. When Dr. Hornemann called in and complained, the clerk on the phone stated to him, you already " have one case." It sounded to him that is all should have, was one case. It is not about the number of cases one has. It is about the number of times one has been harmed by others, and that plaintiff should be made whole again by the persons who harmed them. When Dr. Hornemann received the petition whose statute of limitations had lapsed due to deputy clerk Julia Barrera actions. The petition was confirmed Oct 27 2023. The Statute of limitations lapsed Oct 9 2023. The petition was delivered to the clerk's office Oct 6. On top of the title page above Dr. Hornemann's name on the title page of HIBBARD there was stamped in large bold letters "FILIED ON DEMAND." The petition was confirmed Oct 27 2023. The Statute of limitations lapsed Oct 9 2023. The petition was delivered to the clerk's office Oct 6.

When Dr. Hornemann attempted to refile Hornemann v. Hibbard the clerk at the window wanted to stamp Hibbard with the date Oct 17 2023. when Dr. Hornemann reminded her that Oct 17 2023 was beyond the date of the statute of limitations she rudely told him he would have to accept the date of Oct 17 Or she would not file Hibbard. At that point deputy Julia Barrera Walked up to the counter. Dr. Hornemann asked her what had happened to the Shyrock. petition Julia Barrera said she had it on her desk that she was going to send it to Dr. Hornemann. That occurred on Oct 17 2023 today is Nov 10 2023; Dr. Hornemann has not seen that that petition since he Dropped it off Oct 17 2023. When Dr. Hornemann mentioned to her that he always send in two petitions and Dr. Hornemann asked her where the two copies were. She did not reply. Dr. Hornemann then asked her if they shredded the petitions. She was visibly shaken .That brings up an interesting observation. When Dr. Hornemann received Bank of America and two Hibbard petitions they were not his petitions that he had sent in. they were computer copies. Dr. Hornemann has evidence of that. What did they do with his petitions he had sent in? Julia Barrera gave Dr. Hornemann the email to the clerk's office. so that Dr. Hornemann could order his petitions, When Dr. Hornemann got home and tried the website he got nothing but failure notices. Before he left the clerk's office he asked Julia Barrera When was he Going To receive a copy of the Shryock Complaint petition Julia Barrera Told him personally that she had put it in the mail. When Dr. Hornemann called the clerk's office about another matter several days later he asked the clerk when he would be getting Shryock back. He was Told it needed more corrections. Someone was lying here.

4.The third complaint petition Dr. Hornemann filed was entitled Hornemann v. Shryock etc. He filed this petition at the same time he filed Hornemann v. Hibbard on Oct 6 2023 when he walked in. At the present time he has no Idea where it is. Dr. Hornemann has not been notified as to Shyock.

5.The clerk office has been computerized. This is going to prevent access to the courts even more because many self represented litigants do not have the money to hire someone to represent them. Nor are many computer savvy.

6. When Dr. Hornemann visited the clerk's civil division in person, all the persons there were self represented and all were making the corrections to their paperwork before the clerks would accept their paperwork. the same thing was happening to Dr. Hornemann. Every time he submitted paper work it was returned because I didn't cross his t's nor dot his I's. When Dr. Hornemann went in to the clerks civil division on Oct 27 2023 to return his corrected filing, he never saw any attorney there or any one that represented them. However Dr. Hornemann did meet two other attorneys in another part of the building One that was very nice and kind and another that held the door open for him. Dr. Hornemann had in depth conversations with both them. They didn't seem to be aware of what the self represented litigants were going through. The card carrying lawyers are being treated differently Than the self represented persons

I declare under the penalty of perjury, under the laws of the state of California to the best of my knowledge that the foregoing is true and correct.

Date NOV/14/2023        BY _Dr Dieter Hornemann Pro Se_

Dr DIETER HORNEMANN

BASIS FOR JURISDICTION

Under 42 U.S.C. Section 1983, A Plaintiff may sue State or Local officials for the "deprivation of any rights privileges or immunities secured by the Constitution and Federal laws. The Fourteenth Amendment To The Constitution provides that no state shall deprive any person of life, liberty or property without due process of law, nor deny to any person within its Jurisdiction the equal protection of the laws.

## Deprivation Of Rights Under Color Of Law

8 U.S.C. § 242

This provision makes it a crime for someone acting under color of law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States. Aug 15, 2023

## Summary:

- Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

  For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

  The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

One petition I submitted on Oct 6th 2023. I notified the clerk the Statute of limitations would run expire on Oct 9. the clerk allowed the statute to run and the petition went stale. The rest is notated in the attached three pages.

As notated all three petitions caused injury and punitive damages are requested.

Relief: I am requesting that the court award me 50000.00 for each petition and 2000.00 medical expenses, and punitive damages as the result of the Defendants denying me equal protection under the law and preventing me from filing my three petitions in a timely manner.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: NOV 14, 2023

Signature of Plaintiff  Dr. Dieter Hornemann Pro Se

Printed Name of Plaintiff  Dr. Dieter Hornemann Pro Se