UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIETER HORNEMANN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARA LEAL, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01615 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DISMISSING THE COMPLAINT WITHOUT LEAVE TO AMEND, TERMINATING REMAINING MOTIONS AS MOOT, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 4) |

　　　　Dieter Hornemann is proceeding *pro se* in this action with complaint, seeking to hold the defendants—including employees of the Clerk's Office of the Kern County Superior Court and the Clerk's Office itself—liable for violations of his civil rights. (*See* Doc. 1.) The magistrate judge found the defendants are entitled to Eleventh Amendment immunity and absolute quasi-judicial immunity. (Doc. 4 at 5-6, citing *e.g., Whole Woman's Health v. Jackson*, 595 U.S. 30, 39 (2021) and *Mullis v. U.S. Bankr. Ct. for the Dist. of Nev.*, 828 F.2d 1385, 1390 (9th Cir. 1987).) The magistrate judge recommended the action be dismissed without leave to amend, because amendment would be futile. (*Id.* at 6-7.)

　　　　The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 4 at 7.) The Court advised him the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and

the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on February 12, 2024 (Doc. 4) are adopted in full.
2. Plaintiff's complaint is **DISMISSED** without leave to amend.
3. Plaintiff's request for entry of default judgment (Doc. 3) is **DENIED** as moot.
4. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is **DENIED** as moot.
5. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated:   **March 19, 2024**

*[Signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE