## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DIETER HORNEMANN,**

CASE NO: **1:23–CV–01615–JLT–CDB**

v.

**TARA LEAL, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 03/19/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **March 19, 2024**

by: /s/ C. Maldonado
Deputy Clerk